IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT BUTTS ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:15-cv-00277 |
| ) | Judge Trauger |
| ) | |
| GARY BIGGS II ) | |

**O R D E R**

On December 1, 2015 the Magistrate Judge entered a Report and Recommendation (Docket No. 46), to which no timely objections have been filed.[1] The Report and Recommendation is therefore accepted and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Preliminary Injunction filed by the plaintiff (Docket No. 28) is DENIED. This case is referred back to the magistrate judge for further handling under the original referral order.

It is so **ORDERED.**

Enter this 1st day of February 2016.

_____
ALETA A. TRAUGER
United States District Judge

---

[1] The court does not interpret the pro se plaintiff's statement "Request for preliminary injunctions to be released due to unnecessary materials lacking." (Docket No. 51 at 2) as an objection to the Report and Recommendation.