IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT BUTTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-00277 |
| ) | Judge Trauger |
| GARY BIGGS II, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On December 11, 2015, the magistrate judge issued a Report and Recommendation (Docket No. 48), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion to Dismiss (Docket No. 36) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 3rd day of August 2016.

_____
ALETA A. TRAUGER
U.S. District Judge